```
1   JOHN F. GARLAND   #117554
    Attorney at Law
2   1713 Tulare Street, Suite 221
    Fresno, California 93721
3
    Telephone:  (559) 497-6132
4   Facsimile:   (559) 445-0156

5   Attorney for Defendant
    GWEN NOEL LUCKETT
6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 11-CR-00150 LJO |
| ) | |
| Plaintiff, ) | WAIVER OF APPEARANCE |
| ) | AND ORDER THEREON |
| v. ) | |
| ) | DATE:   December 5, 2011 |
| GWEN NOEL LUCKETT, ) | TIME:    1:00 p.m. |
| ) | Courtroom Four |
| Defendant. ) | |
| _____ ) | HONORABLE LAWRENCE  J. O'NEILL |

Defendant, GWEN NOEL LUCKETT, hereby waives her right to be present in person in open court upon the hearing presently set for December 5, 2011 at 1:00 p.m. in Courtroom Four of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:   November 29, 2011                    /s/ Gwen Noel Luckett
                                              GWEN  NOEL  LUCKETT
                                           (Original signature in counsel's file)

1

**ORDER**

Good cause appearing,

defendant GWEN NOEL LUCKETT is hereby excused from appearing at the court hearing scheduled for December 5, 2011 at 1:00 p.m.

Counsel should be ready to select a trial date at the hearing on December 5.

IT IS SO ORDERED.

**Dated: November 30, 2011**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE