```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
 6  Attorneys for the
     United States of America
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )
                                     )  CASE NO. 1:11-CR-00150 LJO
12              Plaintiff,           )
                                     )  STIPULATION AND ORDER TO
13       v.                          )  CONTINUE TRIAL DATE
                                     )
14                                   )
    GWEN NOEL LUCKETT,               )
15                                   )
                                     )
16              Defendant.           )
    _____)
17
18       The parties herein, through their respective counsel, hereby
19  agree and stipulate that the trial date be continued from March 20,
20  2012, to May 15, 2012, and the trial confirmation date be set for
21  April 23, 2012, at 8:30 a.m.
22       The reason for this request is that the defendant is
23  investigating her defense and needs additional time to acquire
24  evidence which may be pertinent to that defense.
25       Therefore, the United States respectfully requests that the
26  trial date be continued and that time be excluded pursuant to 18
27  U.S.C. § 3161(h)(7)(A).
28
                                     1
```

1    The parties further stipulate and agree that the resulting
2 period of delay occurring between March 20, 2012, until May 15,
3 2012, shall be excluded from speedy trial calculations for the
4 motions in limine and in the interest of justice so that the
5 defendant can have additional time to prepare for her defense.

Dated: February 24, 2012            BENJAMIN B. WAGNER
                                    United States Attorney

                               By:  /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney


Dated: February 24, 2012            /s/ John F. Garland
                                    JOHN F. GARLAND
                                    Attorney for Defendant
                                    GWEN NOEL LUCKETT


The trial scheduled for March 20, 2012, is continued to May 15, 2012, at 8:30 a.m. and for the reasons set forth above, time is excluded from March 20, 2012 to, and including, May 15, 2012 for good cause and the Court finds the ends of justice outweigh the public's and defendant's best interests in a speedy trial. The court also orders a trial confirmation hearing for April 23, 2012 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   February 27, 2012**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE