```
 1  JOHN F. GARLAND   #117554
    Attorney at Law
 2  1713 Tulare Street, Suite 221
    Fresno, California 93721
 3
    Telephone:  (559) 497-6132
 4  Facsimile:   (559) 445-0156

 5  Attorney for Defendant,
    GWEN NOEL LUCKETT
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 11-CR-00150 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION AUTHORIZING** |
| ) | **DEFENDANT GWEN NOEL LUCKETT** |
| v. ) | **TO TRAVEL TO THE CENTRAL DISTRICT** |
| ) | **OF CALIFORNIA AND ORDER THEREON** |
| GWEN NOEL LUCKETT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the defendant, GWEN NOEL LUCKETT, through her counsel, John F. Garland, and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Stanley A. Boone, Assistant United States Attorney, that defendant GWEN NOEL LUCKETT is authorized to travel from the Northern District of California to the Central District of California by commercial airlines to visit with her children to celebrate Mother's Day. Specifically, the Defendant is authorized to fly on JetBlue Flight 247 departing from Oakland, CA on May 10, 2012 at 2:45 p.m. and arriving at Long Beach, CA at 4:02 p.m. The Defendant is further authorized to fly on JetBlue Flight 258 departing Long Beach, CA on May 15, 2012 at 8:36 p.m. and arriving at Oakland, CA at 9:55 p.m. The cost of the airline tickets were paid by the defendant's friend "BB."

///

///

Gwen Noel Luckett's Pretrial Services Officer Jacob Scott has no objection to the travel authorized above.

Dated: May 8, 2012                                        /s/ John F. Garland
JOHN F. GARLAND
Attorney for Defendant

Dated: May 8, 2012                                        Benjamin B. Wagner
United States Attorney

                                                                    /s/ Stanley A. Boone
By: STANLEY A. BOONE
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, defendant GWEN NOEL LUCKETT is authorized to travel to the Central District of California on May 10, 2012 and to return to the Northern District of California on May 15, 2012 pursuant to the travel itinerary set forth above. All other conditions of the defendant's pre-trial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 9, 2012**                /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE